# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MATTHEW FONTENOT, Individually and on Behalf of All Others Similarly Situated;** <br><br> **Plaintiff,** <br><br> vs. <br><br> **MCNEIL INDUSTRIAL, INC.,** <br><br> **Defendant.** | **4:17CV3113** <br><br> **ORDER TO SHOW CAUSE** |

The records of the Court show that on August 24, 2017, a letter (Filing No. 5) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

> Richard J. Burch
> BRUCKNER, BURCH LAW FIRM
> 8 Greenway Plaza, Suite 1500
> Houston, TX 77046
> (713) 877-8788

**IT IS ORDERED** that on or before March 23, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Richard J. Burch being removed as counsel of record.

Dated this 19th day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge