IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW FONTENOT,<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCNEIL INDUSTRIAL, INC.,<br><br>　　　　　Defendant. | 4:17CV3113<br><br>**JUDGMENT** |

Upon consideration of the parties' Joint Motion for FLSA Settlement Approval and Dismissal of Lawsuit (Filing 87), the parties' Joint Motion to Seal Settlement Agreement and Release (Filing 88), and the accompanying and fully executed Settlement Agreement (Filing 89), **JUDGMENT** is hereby entered, providing that:

　　1.　　The parties' Joint Motion for FLSA Settlement Approval and Dismissal of Lawsuit (Filing 87) is GRANTED, and the Settlement Agreement executed by the parties and presented to this court as Exhibit 1 in sealed Filing 89 is hereby approved and adopted as fair, reasonable, and allowable under 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA");

　　2.　　The parties' Joint Motion to Seal Settlement Agreement and Release (Filing 88) is GRANTED;

　　3.　　The parties are ordered to carry out the Settlement Agreement according to its terms.

4. The Settlement Agreement constitutes a fair and reasonable resolution of a bona fide dispute, consistent with the principles of the FLSA, by all settlement participants who affirmatively elected to participate in the settlement.

5. The Court hereby dismisses this action with prejudice pursuant to the terms of the parties' Settlement Agreement.

6. The Court retains continuing jurisdiction to enforce and/or interpret the Settlement Agreement.

DATED this 9th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge